IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JOHNSON,

    Petitioner,               No. CIV S-10-1014 GGH P

    vs.

GARY SWARTHOUT, et al.,

    Respondent.          ORDER

_____/

        By Order, filed on June 1, 2010, petitioner was directed to submit an affidavit in support of his request to proceed in forma pauperis or the filing fee within twenty-eight days. By filing dated June 2, 2010, petitioner has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: June 15, 2010                /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009
john1014.habifpgrt